UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Filed Electronically*

| | |
|---|---|
| KATHY GOODMAN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PORTFOLIO RECOVERY )<br>ASSOCIATES, LLC, )<br>)<br>Defendant. ) | Civil Action No. 3:17-cv-169-DJH |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a), Defendant, Portfolio Recovery Associates, LLC ("PRA"), by and through its undersigned counsel, hereby files its Notice of Removal to remove the instant civil action to this Court. In support thereof, PRA states as follows:

### INTRODUCTION

1. The above named Plaintiff, Kathy Goodman ("Goodman") filed a state court lawsuit against PRA asserting claims for ostensible violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq* and the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*

2. Goodman seeks actual, statutory, and punitive damages, injunctive relief, and costs and attorney's fees. PRA files this Notice of Removal because Goodman's claims are based on ostensible violations of the FDCPA and FCRA. Accordingly, her claims present federal questions for which original jurisdiction lies in this Court.

## BACKGROUND FACTS

3. On or about February 27, 2017, Goodman filed a Complaint in Case No. 17-CI-001052 in the Circuit Court for Jefferson County, Kentucky, against PRA Group, Inc.

4. PRA Group, Inc. was served with a copy of the Summons and Complaint on or about March 6, 2017.

5. Subsequently, Goodman filed an amended Complaint against Portfolio Recovery Associates, LLC on March 6, 2017 and voluntarily dismissed with prejudice PRA Group, Inc. on March 7, 2017.

6. Portfolio Recovery Associates, LLC was served with a copy of the Summons and Amended Complaint on or about March 14, 2017.

7. Goodman's Amended Complaint alleges that PRA ostensibly violated the FDCPA by harassing Goodman with telephone calls.

8. Goodman's Amended Complaint also alleges that PRA ostensibly violated the FCRA by reporting to one or more consumer reporting agencies false and derogatory information about Goodman and obtaining information on Goodman from a consumer reporting agency under false pretenses.

## COMPLIANCE WITH THE REMOVAL STATUTES

9. This Notice of Removal is brought pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446. PRA removes the case to this Court.

10. Because actions under the FDCPA and FCRA are civil actions arising under the Constitution, laws, or treaties of the United States, the United States District Court has original jurisdiction over this action pursuant to 15 U.S.C. § 1692k(d), 15 U.S.C. § 1681p, and 28 U.S.C. § 1331. Therefore, removal of this action is appropriate pursuant to 28 U.S.C. § 1441.

11. This Notice of Removal is filed in compliance with 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days after PRA was served with a copy of the Summons and the Complaint.

12. Therefore, removal of the entire action is appropriate pursuant to 28 U.S.C. § 1441.

13. Pursuant to 28 U.S.C. § 1441(a) and LR 3.2(3)(A), venue is proper in this Court because Jefferson County is served by the Western District of Kentucky, Louisville Division.

14. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon PRA or filed by PRA to date in this action are attached hereto as **Exhibit 1**.

15. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), PRA has seven days from the date this Notice of Removal is filed to file a response to the Complaint.

16. Pursuant to 28 U.S.C. § 1446(d), a Notice of Filing and a copy of this Notice of Removal is also being simultaneously filed with the Jefferson County Circuit Court, Jefferson County, Kentucky, a copy of which, without exhibits, is attached hereto as **Exhibit 2**, and this Notice of Removal is being served per the Certificate of Service.

## CONCLUSION

17. Therefore, PRA hereby gives notice pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, of this removal from the District Court of Jefferson County, Kentucky to the United States District Court for the Western District of Kentucky, Louisville Division.

WHEREFORE, Defendant, Portfolio Recovery Associates, LLC respectfully requests that this action be removed to this Court.

Respectfully Submitted,

/s/ K. Kirby Stephens
Joseph N. Tucker
R. Brooks Herrick
K. Kirby Stephens
101 South Fifth Street
Suite 2500
Louisville, Kentucky 40202
Phone: (502) 540-2300
Fax: (502) 585-2207
joseph.tucker@dinsmore.com
brooks.herrick@dinsmore.com
kirby.stephens@dinsmore.com
*Counsel for Portfolio Recovery Associates, LLC*

## CERTIFICATE OF SERVICE

It is hereby certified that I electronically filed the foregoing document via the CM/ECF System. I further certify that I mailed the foregoing document by first class U.S. Mail, postage prepaid, this the 17th day of March, 2017, to the following:

Nina B. Couch
Zachary L. Taylor
2108 Taylorsville Road, Suite 101
Louisville, KY 40205
(502) 550-4933
*Counsel for Kathy Goodman*

/s/ K. Kirby Stephens
*Counsel for Portfolio Recovery Associates, LLC*

11156052v1