# EXHIBIT 1

CASE NO. _____

JEFFERSON CIRCUIT COURT
DIVISION _____
JUDGE _____

KATHY GOODMAN     Plaintiff

v.

PRA GROUP, INC.     Defendant

**SERVE:**
Corporation Service Company
421 West Main Street
Frankfort, Kentucky 40601

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff, Kathy H. Goodman ("*Plaintiff*" or "*Ms. Goodman*"), by counsel, files this complaint against the Defendant, PRA Group, Inc. ("**Defendant**" or "**PRA**"), and states as follows:

## INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff against the Defendant for violation of Chapter 41, the Consumer Credit Protection Credit Act, of Title 15 (Commerce and Trade) of the United States Code, specifically, 15 U.S.C. § 1692 et seq., (known as the "Fair Debt Collection Practices Act," hereafter the "**FDCPA**"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices in the collection of consumer debt and in connection therewith, and the federal Fair Credit Reporting Act, 15 U.S.C. §1681 et seq., herewith the ("**FCRA**"), which prohibits persons from obtaining or

-1-

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000001 of 000006

## PARTIES

2. The Plaintiff, Kathy Goodman ("**Plaintiff**" or "**Ms. Goodman**"), is an individual and a citizen of the Commonwealth of Kentucky, presently residing in Jefferson County, Kentucky.

3. Ms. Goodman is a "*consumer*" as that term is defined in the FDCPA with respect to the matters herein.

4. Defendant, PRA Group, Inc. ("**Defendant**" or "**PRA**"), is a corporation organized and existing under the laws of the State of Delaware, having principal offices located at 120 Corporate Blvd., Norfolk, Virginia.

5. At all pertinent times herein, Defendant was engaged in the business of collecting consumer debt in the Commonwealth of Kentucky and across the United States via the mails and the telephone communication system.

6. On information and belief, the Defendant's principal business is the collection of consumer debt.

7. On information and belief, the Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

8. PRA is a "*debt collector*" as said term is defined in the FDCPA and with respect to the matters herein.

## JURISDICTION AND VENUE

9. This Court has jurisdiction over this matter pursuant to Ky. Const. § 112(5), KRS 23A.010, 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d) and 15 U.S.C. § 1691p.

-2-

10. Venue in this county is proper because the Defendant transacts business in this District, Plaintiff was a resident of this county at all pertinent times herein, and the conduct complained of occurred here.

## FACTS

11. On or about April 14, 2016, PRA sent a letter to Ms. Goodman, which was an initial communication, to Ms. Goodman, wherein PRA misrepresented its identity.

12. On or about July 8, 2016, PRA reported to one or more consumer reporting agencies false and derogatory information about Plaintiff relating to the subject debt.

13. On or about July 27, 2016, PRA sent another letter to Ms. Goodman, wherein PRA misrepresented its identity.

14. On or about June 1, 2016, PRA caused Ms. Goodman's phone to ring repeatedly, attempting to collect a debt purportedly owed by Plaintiff relating to a consumer account.

15. On information and belief, PRA continued to cause Ms. Goodman's phone to ring several times a day from June 1, 2016 until Ms. Goodman became represented by an attorney on or around August 9, 2016.

16. As a proximate consequence of Defendant's conduct as herein alleged, Ms. Goodman is entitled to an award against Defendant in the form of actual damages, statutory damages, attorney's fees, and costs.

## COUNT I – FALSE, DECEPTIVE, OR MISLEADING REPRESENTATIONS

17. Ms. Goodman reiterates and incorporates herein Paragraphs 1 to 15.

Filed 17-CI-00105 02/27/2017 David L. Nicholson, Jefferson Circuit Clerk

18. PRA's representations to Ms. Goodman in its communications regarding the debt, including its letters, phone calls and credit reporting, were materially false, deceptive, and/or misleading.

19. Defendant's conduct as alleged herein constitutes violations of the FDCPA in that Defendant's conduct constituted the making of false, deceptive, or misleading representations in connection with collecting the debt, in violation of 15 U.S.C. § 1692e.

20. With respect to the additional damages that may be awarded pursuant to 15 U.S.C. § 1692k(a)(2)(A), Defendant's noncompliance with the FDCPA is intentional, frequent, widespread and affects a large number of persons perhaps numbering into the thousands, including but not limited to Plaintiff.

## COUNT II – HARRASSMENT OR ABUSE

21. Plaintiff reiterates and incorporates herein Paragraphs 1 to 15.

22. In connection with the collection of the debt, Defendant engaged in conduct the natural consequence of which was to harass, oppress, or abuse Plaintiff, by, inter alia, causing Plaintiff's telephone to ring repeatedly or continuously with intent to annoy, abuse, or harass Plaintiff, in violation of 15 U.S.C. § 1692d, 15 U.S.C. § 1692d(5) and (6).

23. With respect to the additional damages that may be awarded pursuant to 15 U.S.C. § 1692k(a)(2)(A), Defendant's noncompliance with the FDCPA is intentional, frequent, widespread and affects a large number of persons perhaps numbering into the thousands, including but not limited to Plaintiff.

## COUNT III – VIOLATION OF 15 U.S.C. § 1681N

24. Plaintiff reiterates and incorporates Paragraphs 1 to 15.

-4-

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

COM : 000004 of 000006

Filed 17-CI-001052 02/27/2017 David L. Nicholson, Jefferson Circuit Clerk

Filed        17-CI-00105   02/27/2017        David L. Nicholson, Jefferson Circuit Clerk

25. Defendant PRA obtained or used Plaintiff's consumer credit report from a consumer reporting agency under false pretenses or knowingly without a permissible purpose.

26. Defendant PRA knowingly and willfully obtained information on Plaintiff from a consumer reporting agency under false pretenses.

27. Defendant PRA is liable to Plaintiff for its willful noncompliance with the FCRA for actual damages caused by Defendant PRA's conduct, including mental and emotional distress, anguish, embarrassment, humiliation, loss of privacy, and punitive damages, plus the costs of this action, together with reasonable attorney's fees.

## COUNT V - VIOLATION OF 15 U.S.C. § 1681o

28. Plaintiff reiterates and incorporates herein Paragraphs 1 to 15.

29. Defendant PRA was negligent in failing to comply with the requirements of the FCRA, as noted in Paragraphs 1-26 above.

30. Defendant PRA is liable to Plaintiff for its negligent noncompliance with the FCRA for actual damages caused by Defendant PRA's conduct, including mental and emotional distress, anguish, humiliation, embarrassment, and loss of privacy, plus the costs of this action, together with reasonable attorney's fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Kathy Goodman, by counsel, request this Court to:

a. Enter judgment against PRA to compensate Plaintiff for her actual damages sustained as set forth in above Counts.

Filed        17-CI-001052   02/27/2017        David L. Nicholson, Jefferson Circuit Clerk

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

COM : 000005 of 000006

Filed         17-CI-0010!     02/27/2017       David L. Nichols(    Jefferson Circuit Clerk

    b.    Enter judgment against PRA under the above Counts for statutory damages for the Plaintiff.

    c.    Enter judgment against for punitive damages on the above Counts wherein an award of such damages is proper and appropriate.

    d.    Enter an order temporarily and permanently enjoining PRA from future similar violations of the FDCPA and FCRA.

    e.    Enter an order awarding attorneys' fees and costs herein incurred against PRA.

    f.    Grant any and all other relief to which the Court deems appropriate.

Respectfully submitted,

/s/ Nina B. Couch
Nina B. Couch
Zachary L. Taylor
Taylor Couch, PLLC
2108 Taylorsville Road, Suite 101
Louisville, Kentucky 40205
(502) 550-4933
couchlawpllc@gmail.com

-6-

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000006 of 000006

Filed         17-CI-001052    02/27/2017       David L. Nicholson, Jefferson Circuit Clerk

| | | |
|---|---|---|
| AOC-E-105　Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice　Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **17-CI-001052**<br>Court:　**CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff*, **GOODMAN, KATHY VS. PRA GROUP, INC.**, *Defendant*

TO:　**CORPORATION SERVICE COMPANY**
　　　**421 WEST MAIN STREET**
　　　**FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:
**PRA GROUP, INC.**

　You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

　　　　　　　　　　　　　　　　　　　　　　　/s/ David L. Nicholson, Jefferson Circuit Clerk
　　　　　　　　　　　　　　　　　　　　　　　Date: **02/27/2017**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initi...

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

Summons ID: @00000814693,
CIRCUIT: 17-CI-001052 Certified Mail
GOODMAN, KATHY VS. PRA GROUP, INC.

Page 1 of 1

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee　$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)　$ _____
☐ Return Receipt (electronic)　$ _____　Postmark
☐ Certified Mail Restricted Delivery　$ _____　Here
☐ Adult Signature Required　$ _____
☐ Adult Signature Restricted Delivery $ _____
Postage　$
Total Postage and Fees　$
Sent To　CSC-LAWYERS INCORPORATING SERVICE COMPANY
Street and Apt. No., or PO Box No.　421 W. MAIN STREET
City, State, ZIP+4®　FRANKFORT, KY  40601

PS Form 3800, April 2015 PSN 7530-02-000-9047　See Reverse for Instructions

CI : 000001 of 000001

FILED IN CLERK'S OFFICE
JEFFERSON CIRCUIT CT

2017 MAR -3  PM 3: 48

CLERK 18

MK  D.C.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PRA Group, INC
CSC-LAWYERS INCORPORATING
SERVICE COMPANY
421 W. MAIN STREET
FRANKFORT, KY  40601

9590 9402 2483 6306 7005 53

2. Article Number (Transfer from service label)

7016 2140 0000 5766 2375

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Linda Ashmoth_
☐ Agent
☑ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **17-CI-001052**<br>Court:   **CIRCUIT**<br>County: **JEFFERSON Circuit** |

Plantiff, GOODMAN, KATHY VS. PRA GROUP, INC., Defendant

TO: **PORTFOLIO RECOVERY ASSOCIATES, LLC**
    **120 CORPORATE BLVD**
    **NORFOLK, VA 23502**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David L. Nicholson, Jefferson Circuit Clerk
Date: **03/06/2017**

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®
OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $_____
☐ Return Receipt (electronic)  $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required     $_____
☐ Adult Signature Restricted Delivery $_____
Postmark Here
Postage
$
Total Pos Office of the Secretary of State
        Summons Branch
Sent To 700 Capital Ave, Suite 86
Street an Frankfort, KY 40601
City, Stat Portfolio Recovery Associates 7CI1052 (AMC)
         DIV 10
PS Form 3800, April 2015

eFiled

Summons ID: @00000815540,
CIRCUIT: 17-CI-001052 Long Arm Statute – Secretary of State
GOODMAN, KATHY VS. PRA GROUP, INC.

Page 1 of 1

| AOC-E-105   Sum Code: CI |  | Case #: **17-CI-001052** |
|---|---|---|
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | County: **JEFFERSON Circuit** |
| Court of Justice   Courts.ky.gov | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* **GOODMAN, KATHY VS. PRA GROUP, INC.,** *Defendant*

TO: **CORPORATION SERVICE COMPANY**
     **2711 CENTERVILLE ROAD, SUITE 400**
     **WILMINGTON, DE 19808**

The Commonwealth of Kentucky to Defendant:
**PORTFOLIO RECOVERY ASSOCIATES, LLC**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                                                                   /s/ David L. Nicholson, Jefferson Circuit Clerk
                                                                   Date: **03/06/2017**

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

Summons ID: @00000815541,
CIRCUIT: 17-CI-001052 Certified Mail
GOODMAN, KATHY VS. PRA GROUP, INC.

Page 1 of 1

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____     Postmark
☐ Certified Mail Restricted Delivery $ _____   Here
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage Corporation Service Company
$
Sent To 2711 Centerville Road, Suite 400
Street Wilmington, DE 19808
City, S        17CI1052 (AMC) DIV 10

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Filed     17-CI-001052     03/06/2017        David L. Nicholson, Jefferson Circuit Clerk

CASE NO. 17-CI-001052                JEFFERSON CIRCUIT COURT
                                             DIVISION TEN (10)
                                    JUDGE ANGELA McCORMICK BISIG

KATHY GOODMAN                                                              Plaintiff

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC                                        Defendant
c/o Corporation Service Company, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

<u>SERVE:</u>
Kentucky Secretary of State
700 Capital Avenue, Ste 152
Frankfort, Kentucky 40601

---

### FIRST AMENDED COMPLAINT

---

Plaintiff, Kathy H. Goodman ("***Plaintiff***" or "***Ms. Goodman***"), by counsel, files this amended complaint against the Defendant, Portfolio Recovery Associates, LLC ("**Defendant**" or "**PRA**"), as a matter of right under CR 15.01, and states as follows:

### INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff against the Defendant for violation of Chapter 41, the Consumer Credit Protection Credit Act, of Title 15 (Commerce and Trade) of the United States Code, specifically, 15 U.S.C. § 1692 et seq., (known as the "Fair Debt Collection Practices Act," hereafter the "**FDCPA**"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices in the collection of consumer

-1-

AMC : 000001 of 000006

debt and in connection therewith, and the federal Fair Credit Reporting Act, 15 U.S.C. §1681 et seq., herewith the ("**FCRA**"), which prohibits persons from obtaining or using consumer reports for impermissible purposes.

## PARTIES

2.  The Plaintiff, Kathy Goodman ("***Plaintiff***" or "***Ms. Goodman***"), is an individual and a citizen of the Commonwealth of Kentucky, presently residing in Jefferson County, Kentucky.

3.  Ms. Goodman is a "*consumer*" as that term is defined in the FDCPA with respect to the matters herein.

4.  Defendant, Portfolio Recovery Associates, LLC ("***Defendant***" or "***PRA***"), is a corporation organized and existing under the laws of the State of Delaware, having principal offices located at 120 Corporate Blvd., Norfolk, Virginia.

5.  Defendant's registered agent in Delaware is Corporation Service Corporation, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

6.  At all pertinent times herein, Defendant was engaged in the business of collecting consumer debt in the Commonwealth of Kentucky and across the United States via the mails and the telephone communication system.

7.  On information and belief, the Defendant's principal business is the collection of consumer debt.

8.  On information and belief, the Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

-2-

Filed          17-CI-00105     03/06/2017          David L. Nicholson, Jefferson Circuit Clerk

9. PRA is a "*debt collector*" as said term is defined in the FDCPA and with respect to the matters herein.

## JURISDICTION AND VENUE

10. This Court has jurisdiction over this matter pursuant to Ky. Const. § 112(5), KRS 23A.010, 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d) and 15 U.S.C. § 1691p.

11. Venue in this county is proper because the Defendant transacts business in this District, Plaintiff was a resident of this county at all pertinent times herein, and the conduct complained of occurred here.

## FACTS

12. On or about April 14, 2016, PRA sent a letter to Ms. Goodman, which was an initial communication, to Ms. Goodman.

13. On or about July 8, 2016, PRA reported to one or more consumer reporting agencies false and derogatory information about Plaintiff relating to the subject debt.

14. On or about June 1, 2016, PRA caused Ms. Goodman's phone to ring repeatedly, attempting to collect a debt purportedly owed by Plaintiff relating to a consumer account.

15. On information and belief, PRA continued to cause Ms. Goodman's phone to ring several times a day from June 1, 2016 until Ms. Goodman became represented by an attorney on or around August 9, 2016.

16. On or about July 27, 2016, PRA sent another letter to Ms. Goodman.

17. As a proximate consequence of Defendant's conduct as herein alleged, Plaintiff suffered actual damages and is entitled to an award against Defendant in the form of actual damages, statutory damages, attorney's fees, and costs.

-3-

Filed          17-CI-001052     03/06/2017          David L. Nicholson, Jefferson Circuit Clerk

AMC : 000003 of 000006

Filed          17-CI-00105    03/06/2017        David L. Nicholson, Jefferson Circuit Clerk

## COUNT I – HARRASSMENT OR ABUSE

18. Plaintiff reiterates and incorporates herein Paragraphs 1 to 17.

19. In connection with the collection of the debt, Defendant engaged in conduct the natural consequence of which was to harass, oppress, or abuse Plaintiff, by, inter alia, causing Plaintiff's telephone to ring repeatedly or continuously with intent to annoy, abuse, or harass Plaintiff, in violation of 15 U.S.C. § 1692d, 15 U.S.C. § 1692d(5) and (6).

20. With respect to the additional damages that may be awarded pursuant to 15 U.S.C. § 1692k(a)(2)(A), Defendant's noncompliance with the FDCPA is intentional, frequent, widespread and affects a large number of persons perhaps numbering into the thousands, including but not limited to Plaintiff.

## COUNT II – VIOLATION OF 15 U.S.C. § 1681N

21. Plaintiff reiterates and incorporates Paragraphs 1 to 17.

22. Defendant PRA obtained or used Plaintiff's consumer credit report from a consumer reporting agency under false pretenses or knowingly without a permissible purpose.

23. Defendant PRA knowingly and willfully obtained information on Plaintiff from a consumer reporting agency under false pretenses.

24. Defendant PRA is liable to Plaintiff for its willful noncompliance with the FCRA for actual damages caused by Defendant PRA's conduct, including mental and emotional distress, anguish, embarrassment, humiliation, loss of privacy, and punitive damages, plus the costs of this action, together with reasonable attorney's fees.

## COUNT III – VIOLATION OF 15 U.S.C. § 1681O

25. Plaintiff reiterates and incorporates herein Paragraphs 1 to 17.

-4-

Filed 17-CI-00105 03/06/2017 David L. Nicholson, Jefferson Circuit Clerk

26. Defendant PRA was negligent in failing to comply with the requirements of the FCRA, as noted in Paragraphs 1-26 above.

27. Defendant PRA is liable to Plaintiff for its negligent noncompliance with the FCRA for actual damages caused by Defendant PRA's conduct, including mental and emotional distress, anguish, humiliation, embarrassment, and loss of privacy, plus the costs of this action, together with reasonable attorney's fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Kathy Goodman, by counsel, request this Court to:

a. Enter judgment against PRA to compensate Plaintiff for her actual damages sustained as set forth in above Counts.

b. Enter judgment against PRA under the above Counts for statutory damages for the Plaintiff.

c. Enter judgment against for punitive damages on the above Counts wherein an award of such damages is proper and appropriate.

d. Enter an order temporarily and permanently enjoining PRA from future similar violations of the FDCPA and FCRA.

e. Enter an order awarding attorneys' fees and costs herein incurred against PRA.

f. Grant any and all other relief to which the Court deems appropriate.

Respectfully submitted,

Taylor Couch, PLLC

/s/ Nina B. Couch
Nina B. Couch

-5-

Filed 17-CI-001052 03/06/2017 David L. Nicholson, Jefferson Circuit Clerk

AMC : 000005 of 000006

Filed        17-CI-00105    03/06/2017        David L. Nicholson, Jefferson Circuit Clerk

Zachary L. Taylor
Taylor Couch, PLLC
2108 Taylorsville Road, Suite 101
Louisville, Kentucky 40205
(502) 550-4933
couchlawpllc@gmail.com

-6-

Filed        17-CI-001052    03/06/2017        David L. Nicholson, Jefferson Circuit Clerk

AMC : 000006 of 000006

| | |
|---|---|
| CASE NO. 17-CI-001052 | JEFFERSON CIRCUIT COURT<br>DIVISION TEN (10)<br>JUDGE ANGELA McCORMICK BISIG |
| KATHY GOODMAN | Plaintiff |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | Defendant |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, Kathy Goodman, by counsel, pursuant to CR 41.01(a), hereby DISMISSES her original complaint filed herein as against Defendant PRA Group, Inc., with prejudice.

Ms. Goodman has since amended the complaint to substitute Portfolio Recovery Associates, LLC for PRA Group, Inc. This notice of dismissal does not affect the claims against Portfolio Recovery Associates, LLC.

Respectfully submitted,

TAYLOR COUCH PLLC

*/s/ Nina Couch*
NINA COUCH
ZACHARY L. TAYLOR
2815 Taylorsville Road, Suite 101
Louisville, Kentucky 40205
Phone | Fax: (502) 625-5000
ncouch@taylorcouchlaw.com

*Counsel for Plaintiff*

VD : 000001 of 000001