## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
*Filed Electronically*

| | | |
|---|---|---|
| KATHY GOODMAN, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 3:17-cv-169-DJH |
| | ) | |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY | ) | |
| ASSOCIATES, LLC, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

Please take notice that Plaintiff Kathy Goodman has resolved this dispute with Defendant Portfolio Recovery Associates, LLC. Plaintiff and Defendant anticipate filing a Joint Stipulation of Dismissal with Prejudice within thirty to forty-five days.

This the 28th day of June 2017.

Respectfully submitted,

**DINSMORE & SHOHL LLP**

/s/ K. Kirby Stephens
Joseph N. Tucker, Esq.
R. Brooks Herrick, Esq.
K. Kirby Stephens, Esq.
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
502-540-2300 - phone
502-585-2207 - fax
joseph.tucker@dinsmore.com
brooks.herrick@dinsmore.com
kirby.stephens@dinsmore.com
*Counsel for Portfolio Recovery Associates, LLC*

## **CERTIFICATE OF SERVICE**

  It is hereby certified that a copy of the foregoing was served via Electronic Filing to the persons listed below this 28th day of June, 2017.

  Nina B. Couch
  Zachary L. Taylor
  2108 Taylorsville Road, Suite 101
  Louisville, KY 40205
  (502) 550-4933
  *Counsel for Kathy Goodman*

              /s/ K. Kirby Stephens
              *Counsel for Portfolio Recovery Associates, LLC*

11452866v1