UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KATHY GOODMAN, Plaintiff,

v. Civil Action No. 3:17-cv-169-DJH-DW

PORTFOLIO RECOVERY ASSOCIATES, LLC, Defendant.

\* \* \* \* \*

# ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 13) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

August 16, 2017

**David J. Hale, Judge
United States District Court**

1